UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA BARICEVIC, | No. 2:15-cv-1541-KJN |
| Plaintiff, | |
| v. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

On December 14, 2015, plaintiff filed her motion for summary judgment.  (ECF No. 16.)  According to the court's scheduling order, "Defendant's opposition to a motion for summary judgment and/or remand, if any, shall be filed within 30 days from service of plaintiff's motion."  (ECF No. 8.)  Although that deadline has long passed, defendant has not filed an opposition and cross-motion for summary judgment, nor has an extension of time been requested.

Accordingly, IT IS HEREBY ORDERED that:

1. Within fourteen (14) days of this order, the Commissioner's counsel shall show cause why he should not be required to pay $250.00 in sanctions based on his failure to comply with the court's scheduling order.

2. Within fourteen (14) days of this order, the Commissioner shall file its opposition and cross-motion for summary judgment.  Alternatively, if the Commissioner concludes

1

that a stipulated remand is appropriate, the parties may file such a stipulation within fourteen (14) days of this order.  No further extensions will be granted.

3. Failure to timely respond to all aspects of this order will be deemed to be the Commissioner's consent to the summary grant of plaintiff's motion for summary judgment.

IT IS SO ORDERED.

Dated:  March 14, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE