UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA BARICEVIC, | No. 2:15-cv-1541-KJN |
| Plaintiff, | |
| v. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

On March 14, 2016, the court issued an order directing the Commissioner's counsel to show cause why he should not be sanctioned based on his failure to file a timely cross-motion for summary judgment. (ECF No. 18.) Thereafter, the Commissioner filed its cross-motion for summary judgment as well as a timely response to the order to show cause. (ECF Nos. 21, 22.) In that response, the Commissioner's counsel apologized to the court, accepted responsibility for his omission, and indicated that he has taken several steps to improve his calendaring practices.

The court appreciates counsel's candor, and in light of that response, discharges the order to show cause. However, counsel is cautioned that future failure to comply with court orders and deadlines will result in the imposition of sanctions.

Accordingly, IT IS ORDERED that:

1. The order to show cause (ECF No. 18) is DISCHARGED.

1

2. The Commissioner's cross-motion for summary judgment is deemed timely filed.

3. Plaintiff may file a reply, if any, within 21 days of this order.

4. Thereafter, the motions will be submitted for decision on the record and written briefing without oral argument.

IT IS SO ORDERED.

Dated: March 30, 2016

KENDALL J. NEWMAN  
UNITED STATES MAGISTRATE JUDGE