UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA BARICEVIC, | No.  2:15-cv-1541-KJN |
| Plaintiff, | |
| v. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

On July 23, 2015, the court granted plaintiff's motion to proceed *in forma pauperis* in the district court. (ECF No. 6.)  Subsequently, on August 9, 2016, the court denied plaintiff's motion for summary judgment, granted the Commissioner's cross-motion for summary judgment, and affirmed the final decision of the Commissioner. (ECF Nos. 25, 26.)  Thereafter, on October 7, 2016, plaintiff filed a notice of appeal. (ECF No. 27.)  Plaintiff's notice of appeal is accompanied by a motion to proceed *in forma pauperis* on appeal. (ECF No. 28.)

Federal Rule of Appellate Procedure 24(a)(3) generally allows a party who was granted leave to proceed *in forma pauperis* in the district court to proceed *in forma pauperis* on appeal without further authorization, unless the district court finds that the appeal is not taken in good faith or that the party is not otherwise entitled to proceed *in forma pauperis*.  Because the court has not made, and does not make, such findings in this case, plaintiff may proceed *in forma*

1

1  *pauperis* on appeal without further authorization.

2  Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to proceed *in forma*

3  *pauperis* on appeal is DENIED AS MOOT.  This order resolves ECF No. 28.

4  Dated:  October 13, 2016

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE